DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | CASE NO. 1:06 CR 594 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT ENTRY |
| | ) | |
| Willie Ausler, Jr., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this order, the defendant's sentence is reduced to a sentence of 54 months, plus supervised release for a period of six years.

The United States Marshal's office is directed to advise the Bureau of Prisons forthwith with respect to this new sentencing entry.

IT IS SO ORDERED.

　May 22, 2012　　　　　　　　　　　　　　　　　　　　/s/ David D. Dowd, Jr.　　　　　　
Date　　　　　　　　　　　　　　　　　　　　　　　　　David D. Dowd, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge